CATHERINE WEBER, INDIVIDUALLY AND ON BEHALF OF WILLIAM GEORGE WEBER, PETITIONER-RESPONDENT, v. WESTERN ELECTRIC COMPANY, INC., RESPONDENT-APPELLANT.

Argued October 7, 1969—Decided October 20, 1969.

*Mr. Louis J. Douglass* argued the cause for appellant.

*Mr. Benjamin Madnick* argued the cause for respondent (*Messrs. Madnick, Milstein & Mason,* attorneys).

PER CURIAM. The judgment is affirmed for the reasons expressed in the majority opinion of the Appellate Division.

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal*—None.